## BRIGGS ag<sup>t</sup> EAST

Abraham Briggs plaint. ag<sup>t</sup> Thomas East Defend<sup>t</sup> in an action of debt of ten pounds thirteen Shillings due by bill from under his hand. dated the. 13th of March 1675. with all other due damages according to attachm<sup>t</sup> dat<sup>d</sup> June. 10th 1676. . . . The Jury . . . found for the plaint. ten pounds thirteen Shillings mony damage & costs of Court. twenty Shillings. two pence.

Execucion issued aug° 23. 1676. [ **391** ]

## BRIGGS ag<sup>t</sup> HUKELEY

Abraham Briggs plaint. ag<sup>t</sup> William Hukeley Defend<sup>t</sup> in an action. of debt for not giving him a true and just Acco<sup>t</sup> of a parcell of goods delivered to him bound to piscataqua. as may more fully appeare with interest and all other due damages according to attachm<sup>t</sup> dat<sup>d</sup> June the. 14° 1676. . . . The Jury . . . founde for the plaint. that the Defend<sup>t</sup> shall give to the plaintife a just and true Account of the goods received with the produce thereof in one month's time or in defect thereof pay nineteen pounds Sixteen Shillings mony & costs of Court.

[ See Hukeley to Rawson, above, p. 677, and Rawson v. Briggs, below, p. 713.]

## EAST ag<sup>t</sup> LANCASTER

Thomas East plaintife ag<sup>t</sup> William Lancaster Def<sup>t</sup> in an action. of the case for witholding of a parcell of goods to the value of three pounds in money as shall appeare by witness the s<sup>d</sup> Lancaster tendred part of the s<sup>d</sup> goods the. 14th of June. 1676. with all due damages according to attachm<sup>t</sup> dat<sup>d</sup> July. 20th 1676. . . . The Jury found for the plaintife that the Defend<sup>t</sup> shall deliver up to the plaintife the goods Sued for within six dayes or in defect thereof pay three pounds in mony & costs of Court twenty two Shillings and ten pence.

Execucion issued Aug° 4th 1676.